Woodlawn Motor Car Sales & Service Company, appellant, v. Dennis J. Egan et al., appellees.   Gen. No. 30,139.
Replevin to recover mortgaged property from bailiff and judgment creditor.   Judgment for plaintiff.   Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1925.   Affirmed.   Taylor, J., dissents.   Opinion filed January 20, 1926.
Gray & Nuttall, for appellant.   Richard S. Folsom and Frank C. Leviton, for appellees.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Edward E. Collins, appellee, v. R. P. Fournier and Minnesota Mutual Life Insurance Company, garnishee.   Minnesota Mutual Life Insurance Company, garnishee, appellant.   Gen. No. 30,157.
Attachment.   Judgment on scire facias against garnishee.   Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1925.   Reversed.   Opinion filed January 20, 1926.
Burt A. Crowe, for appellant.   Clarence A. Samuel, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Charles G. Costello, by Mark Costello, appellee, v. Three Products Company, appellant.   Gen. No. 30,169.
Personal injury through negligent driving of truck by defendant's employee.   Judgment for plaintiff.   Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1925.   Affirmed.   Opinion filed January 20, 1926.
Lannen & Hickey, for appellant.   James C. McShane, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Rafel Ivananskas, appellee, v. Frank Paieda, appellant.   Gen. No. 30,191.
Action for balance due on purchase price of automobile.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1925.   Affirmed.   Opinion filed January 20, 1926.
Harold O. Mulks, for appellant.   Anthony A. Olis, for appellee.
Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Jacob Bloomenthal et al., appellees, v. F. W. Woolworth Company, appellant.   Gen. No. 30,200.
Action by landlord to recover cost of repairs made to leased premises.   Judgment for plaintiffs.   Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding.   Heard in the third division of this court for the first district at the March term, 1925.   Affirmed.   Opinion filed January 20, 1926.   Rehearing denied January 30, 1926.
Ednyfed H. Williams, Rufus F. Robinson and John Foster, for appellant.   A. S. and E. W. Froehlich, for appellees.
Mr. Presiding Justice Thomson delivered the opinion of the court.